[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-10962

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

REMBERTO VALENTIERRA-DELGADO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00238-VMC-JSS-4

_____

2                    Opinion of the Court                    22-10962

Before WILSON, LUCK, and ANDERSON, Circuit Judges.

PER CURIAM:

David Elbert Little, appointed counsel for Remberto Valentierra-Delgado in this appeal from his conviction and sentence for conspiracy to possess with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Valentierra-Delgado's conviction and sentence are **AFFIRMED**.